AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:17-cr-134-JMS-TAB-01 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) |
| RICKY LEE RICKS | (COMPASSIONATE RELEASE) |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☒ GRANTED. The defendant's previously imposed sentence of imprisonment of 60 months is reduced to time served as of April 26, 2021. The term of supervised release remains 8 years. The terms of supervised release stated in the Judgement imposed on February 1, 2018 and docketed on February 5, 2018 (dkt. 31) remain the same with the addition of the following conditions: The first year of the defendant's supervised release will be served under conditions of home detention with permission to leave his residence with his probation officer's approval. While on home detention, the defendant will be subject to GPS monitoring until he completes sex offender treatment as directed by his probation officer. The defendant is ordered to comply with any period of quarantine due to the COVID-19 pandemic as directed by medical staff and/or any state or local health authority.

☒ OTHER: The Bureau of Prisons is ordered to release the defendant by 4:00 p.m. on April 26, 2021. The defendant's USM Number is 15687-028. No later than 12:00 p.m. on April 23, 2021, counsel for the United States is ordered to do the following: (1) transmit this Order to the

AO 248 (Rev. S.D. Ind. 09/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

defendant's custodian; and (2) file a notice with the Court confirming that transmission of this Order has occurred.

☒ FACTORS CONSIDERED: See contemporaneously filed Entry.

IT IS SO ORDERED.

Date: 4/22/2021

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel